UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

SANTO REMEDIO, LLC, d/b/a Dr. Juan's Santo Remedio,

                              Plaintiff,

-v-

JOHN DOES 1–20,

                              Defendants.

21 Misc. 382 (PAE)

ORDER

------------------------------------------------------------

PAUL A. ENGELMAYER, District Judge:

      This matter comes before the Court upon the *ex parte* application of movant Santo Remedio, LLC ("Santo Remedio"), along with the declaration of Karl S. Kronenberger, Esq., and supporting documents, seeking a subpoena directing Digital Ocean, LLC ("Digital Ocean") to produce the disclose the identity of persons or entities believed to be maintaining materials on Digital Ocean's servers that infringe on Santo Remedio's copyrights.

      Having considered all documents submitted in support of Santo Remedio's application, the Court finds good reason to issue, and direct the Clerk of Court to issue, said subpoena.

      Accordingly, the Clerk of Court is respectfully directed to issue the subpoena to Digital Ocean as sought by Santo Remedio.

      SO ORDERED.

                                                            *Paul A. Engelmayer*
                                                            PAUL A. ENGELMAYER
                                                            United States District Judge

Dated: April 6, 2021
       New York, New York